

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00728-CR

Miguel Hugo **BARRAZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4160
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 1, 2017.

_____
Rebeca C. Martinez, Justice